JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ISRAEL NAVA ALVAREZ,

          Petitioner,

    vs.

JAMES JANECKA, et al.

          Respondents.

CASE NO. 5:26-cv-01387-SK

**JUDGMENT**

    Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

    The Clerk of Court is directed to close this case.

DATED: <u>April 20, 2026</u>

                     STEVE KIM
                     United States Magistrate Judge